■ In the Matter of MARIA JUSTINIANO, Appellant, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Respondents. — Judgment unanimously reversed, with costs, and petition granted in accordance with same memorandum as in *Matter of De Jonge v Blum* (84 AD2d 939). (Appeal from judgment of Monroe Supreme Court, Wagner, J. — art 78 — AFDC — unborn child.) Present — Simons, J. P., Hancock, Jr., Callahan, Doerr and Denman, JJ.

■ In the Matter of CHARLENE CHATTERTON, Respondent, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Appellants. — Judgment unanimously affirmed, with costs (see *Matter of De Jonge v Blum,* 84 AD2d 939). (Appeal from judgment of Monroe Supreme Court, Rosenbloom, J. — art 78 — allowance for unborn child.) Present — Simons, J. P., Hancock, Jr., Callahan, Doerr and Denman, JJ.